Charles Martinken, appellee, v. Trans-American Freight Lines, Inc., appellant. Gen. No. 39,030.

Opinion filed January 4, 1937.
Edward W. Rawlins and James F. Wright, for appellant. Martin J. McNally, for appellee.
Mr. Justice O'Connor delivered the opinion of the court.

John Ratlawski, appellee, v. Casimir Dyniewicz et al., defendants, on appeal of L. A. Weiss, appellant. Gen. No. 39,274.

Opinion filed January 18, 1937.
Harold O. Mulks, for appellant. No appearance for appellee.
Mr. Presiding Justice Denis E. Sullivan delivered the opinion of the court.

In re Estate of James Thomas Kelly, deceased.
The People of the State of Illinois, defendant in error, v. Bella Butman, plaintiff in error. Gen. No. 38,269.

Opinion filed January 27, 1937.
Wm. Scott Stewart, for plaintiff in error; Charles R. Aiken, of counsel. Levinson, Becker, Peebles & Swiren, as *amici curiæ*; Don M. Peebles and H. M. Neuburger, of counsel.
Mr. Presiding Justice Denis E. Sullivan delivered the opinion of the court.

Michael Sekela and Susie Sekela, appellees, v. Bernice Tokarz, appellant. Gen. No. 38,949.

Opinion filed January 27, 1937.
L. A. Sherwin, for appellant. Charles Ralph Johnston and John A. Kahoun, for appellees.
Mr. Presiding Justice Denis E. Sullivan delivered the opinion of the court.